UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: GREAT LAKES BUILDING MATERIALS, INC | § | Case No. 07-20086 |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND             , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00AM on 03/22/2012 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 02/18/2012        By: JOSEPH R. VOILAND
                                        Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: GREAT LAKES BUILDING MATERIALS, INC    §   Case No. 07-20086
§
§
Debtor(s)                                      §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*       $        47,483.56

*and approved disbursements of*            $           417.04

*leaving a balance on hand of* [1]         $        47,066.52

**Balance on hand:**                       $        47,066.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $             0.00
Remaining balance:                         $        47,066.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 5,498.36 | 0.00 | 5,498.36 |
| Trustee, Expenses - JOSEPH R. VOILAND | 416.57 | 0.00 | 416.57 |
| Attorney for Trustee, Fees - Joseph R. Voiland | 7,434.00 | 0.00 | 7,434.00 |
| Attorney for Trustee, Expenses - Joseph R. Voiland | 200.40 | 0.00 | 200.40 |
| Charges, U.S. Bankruptcy Court | 2,500.00 | 0.00 | 2,500.00 |
| Other Expenses: Illinois Department of Revenue | 53,037.78 | 0.00 | 11,108.27 |
| Other Expenses: LaFarge North America-Gypsum, Inc. | 95,057.56 | 0.00 | 19,908.92 |

Total to be paid for chapter 7 administration expenses:    $     47,066.52
Remaining balance:                                         $          0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $209,241.79 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P-2 | Illinois Department of Revenue | 209,241.79 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 661,649.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Phillips Manufacturing LLC | 21,153.40 | 0.00 | 0.00 |
| 2U-2 | Illinois Department of Revenue | 38,214.17 | 0.00 | 0.00 |
| 3 | Trim-Tex | 7,425.28 | 0.00 | 0.00 |
| 4 | Phillips Manufacturing LLC | 21,153.40 | 0.00 | 0.00 |
| 5 | Country Gas Company | 554.03 | 0.00 | 0.00 |
| 6 | Expanded Metal Products Corp | 366.24 | 0.00 | 0.00 |
| 7 | Prime Source Receivables | 941.58 | 0.00 | 0.00 |
| 8 | Tin Inc. dba Temple Inland | 329,908.74 | 0.00 | 0.00 |
| 9 | Stand Guard | 811.00 | 0.00 | 0.00 |
| 10 | Certain Teed Gypsum, Inc. | 69,055.61 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 11 | Dee & Bee Fasteners | 10,552.89 | 0.00 | 0.00 |
| 12 | Comer's Welding Service Inc | 1,428.41 | 0.00 | 0.00 |
| 13 | Thomas Adams | 84,028.00 | 0.00 | 0.00 |
| 15 | James Hardie Building Products | 4,717.44 | 0.00 | 0.00 |
| 17 | Avalon Petroleum Company | 20,875.32 | 0.00 | 0.00 |
| 18 | Contractors Adjustment Co | 1,142.00 | 0.00 | 0.00 |
| 16-3U | LaFarge North America - Gypsum | 49,322.09 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:    $    0.00
Remaining balance:    $    0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 07-20086-MB
Great Lakes Building Materials, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: lhuley    Page 1 of 3    Date Rcvd: Feb 21, 2012
                Form ID: pdf006    Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2012.

```
db            #+Great Lakes Building Materials, Inc.,    1960 Bucktail Lane,    Sugar Grove, IL 60554-9609
11713037       +Avalon Petroleum Company,    7601 W 191st Street,    Tinley Park, IL 60487-9216
11732670       +Blue Cross/Blue Shield of Illinois,    300 E Randolph Street,    Chicago, IL 60601-5099
11713038       +Certain Teed Gypsum, Inc.,    Attn: Tom Gregory,    4300 W. Cypress, Ste 500,
                 Tampa, FL 33607-4157
11713039       +Chartered Consulting,    9241 South Route 31, Unit A,    Lake in the Hills, IL 60156-1607
11713041       +Comer's Welding Service Inc,    P.O. Box 317,    Montgomery, IL 60538-0317
11713042       +Con-Form International, Inc.,    3851 Corporate Centre Drive,    O'Fallon, MO 63368-8678
11713044       +Country Gas Company,    4010 US Highway 14,    Crystal Lake, IL 60014-8299
11713045       +Crown Recycling & Waste Serv,    P.O. Box 309,    Elk Grove, IL 60009-0309
11713046       +D & P Construction,    8601 W. Bryn Mawr Ave,    Chicago, IL 60631-3580
11713048       +DMSI Software Inc,    11823 Arbor St,    Omaha, NE 68144-2915
11713049       +Expanded Metal Products Corp,    4633 S. Knox Ave,    Chicago, IL 60632-4885
11713051       +Globalcom,    4070 Paysphere Circle,    Chicago, IL 60674-0001
11713052        Groot Industries,    Groot West Chicago,    Elk Grove Village, IL 60674
11713053       +Hinckley Spring Water Co,    P.O. Box 660579,    Dallas, TX 75266-0579
11713055      ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
                (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
                 100 W Randolph St #7-400,    Chicago, IL 60601)
11713054       +Ill. Dept. of Revenue Bankruptcy,    100 W. Randolph Avenue,    Level 7-410,
                 Chicago, IL 60601-3218
11732672       +Illinois State Toll Highway,    2700 Ogden Avenue,    Downers Grove, IL 60515-1703
11713056       +Insulation Distributors Inc,    660 Church Road,    Elgin, IL 60123-9340
11713058       +James Hardie Building Products,    26300 La Alameda,    Mission Viejo, CA 92691-6317
12928322       +James Hardie Building Products,    c/o Paula K Tucker,    1601 Elm Street Suite 3000,
                 Dallas, TX 75201-4757
12936236       +LaFarge North America - Gypsum,    c/o John W. Guarisco,    Neal, Gerber & Eisenberg LLP,
                 Two North LaSalle Street - Suite 2200,    Chicago, IL 60602-3963
11713059       +Lafarge Gypsum,    22115 Network Place,    Chicago, IL 60673-1221
11713060       +Lorraine Catrambone,    1960 Bucktail Lane,    Sugar Grove, IL 60554-9609
11713061       +Lumberman's Wholesale,    1551 Crescent Lake Dr,    Montgomery, IL 60538-1213
11713062       +Millenium Group,    2300 West Eisenhower Blvd,    Loveland, CO 80537-3150
11946786       +National Labor Relations Board,    Region 13,    Attn: Richard S Andrews Esq.,
                 209 S. LaSalle Street Ste 900,    Chicago, IL 60604-1443
11713064       +Phillips Manufacturing LLC,    4949 S. 30th Street,    Omaha, NE 68107-1553
11713065       +Prime Source Receivables,    Attn: Mike Foreman,    2115 E Beltline RD,    Carrollton, TX 75006-5624
11732677       +Richard Catrambone,    c/o Peter Faraci,    301 W Touhy Ave.,    Park Ridge, IL 60068-4204
11732674        S.G.,    7701 Bilven Street,    Spring Grove, IL 60081
11732675       +S.G. West LLC,    1960 Bucktail Lane,    Sugar Grove, IL 60554-9609
11713070       +SG Construction LLC,    126 S Northwest Hwy,    Barrington, IL 60010-4617
11713071       +SG North LLC,    10756 Wentworth Drive,    Naperville, IL 60564-8132
11713072      ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                 OVERLAND PARK KS 66207-0949
                (address filed with court: Sprint/Nextel Communications,    P.O. Box 4181,
                 Carol Stream, IL 60197)
11713066       +Saf-T-Gard Int'l Inc,    205 Huehl Road,    Northbrook, IL 60062-1972
11713067       +Saint-Gobain Technical Fabrics,    1795 Baseline Road,    Grand Island, NY 14072-2010
11713068       +Sandpaper Inc of Illinois,    P.O. Box 2579,    Glen Ellyn, IL 60138-2579
11713069        Sears & Anderson,    Fire & Safety Services LLC,    Palatine, IL 60067
11732673        Services Gas Inc.,    c/o Gregory James Christensen,    2295 N RT 47,    Morris, IL 60450
11713073       +Stand Guard,    6110 Lou St,    Crystal Lake, IL 60014-7917
11713074       +Summit Express Inc,    P.O. Box 4255,    Naperville, IL 60567-4255
11713075       +Summit Truck Leasing Inc,    P.O. Box 4255,    Naperville, IL 60567-4255
11713076       +Temple-Inland,    P.O. Box 685069,    Dallas, TX 78768-5069
11713077       +Terminix,    550 N Commons Dr,    Aurora, IL 60504-8172
11713078       +The Office Works, Inc.,    P.O. Box 173,    Plano, TX 60545-0173
11732679       +Thomas Adams,    c/o Carlton E Odim,    19 S LaSalle St Ste 1402,    Chicago, IL 60603-1417
11713079       +Thomas Adams,    c/o Carlton E. Odim, Esq.,    19 S. LaSalle St., Suite 1402,
                 Chicago, IL 60603-1417
12902022       +Thomas Adams,    c/o Stephen J. Costello,    Costello & Costello, P.C.,    19 N. Western Avenue,
                 Carpentersville, Illinois 60110-1730
11713082       +Village of Spring Grove,    7401 Meyer Road,    Spring Grove, IL 60081-9625
11713084        Ware Industries,    Dept CH 17605,    Palatine, IL 60056
11713085       +Warren's Backhoe Bobcat,    P. O. Box 176,    Sugar Grove, IL 60554-0176
11732678       +Wells Fargo Bank N.A.,    c/o Albert Solochek,    324 E Wisconsin Ave Ste 110,
                 Milwaukee, MI 53202-4306
11713086       +Wells Fargo Bank, N.A.,    c/o Albert Solochek, Esq.,    324 E. Wisconsin Ave, Suite 110,
                 Milwaukee, WI 53202-4306
11713087      #+Wolf & Company LLP,    2100 Clearwater Drive,    Oak Brook, IL 60523-1927
11713088      #+Wolf Financial Management LLC,    2100 Clearwater Drive,    Oak Brook, IL 60523-1941
11713089        ZEP Manufacturing Company,    139 Exchange Blvd,    Glendale Heights, IL 60139-2095
```

```
District/off: 0752-1           User: lhuley              Page 2 of 3                   Date Rcvd: Feb 21, 2012
                               Form ID: pdf006           Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11713040      +E-mail/Text: legalcollections@comed.com Feb 22 2012 06:21:21     ComEd,   Bill Payment Center,
               Chicago, IL 60668-0001
11713043      +E-mail/Text: sboren@cacliens.com Feb 22 2012 06:44:06     Contractors Adjustment Co,
               570 Lake Cook Road, Ste 305,   Deerfield, IL 60015-4952
11713057       E-mail/Text: cio.bncmail@irs.gov Feb 22 2012 06:17:37     Internal Revenue Service,
               Kansas City, MO 64999-0002
11713063      +E-mail/Text: bankrup@nicor.com Feb 22 2012 06:19:42    Nicor Gas,   P.O. Box 416,
               Aurora, IL 60568-0001
12658227      +E-mail/Text: dannymcdonald@templeinland.com Feb 22 2012 06:22:21     Tin Inc. dba Temple Inland,
               Attn: Rosie Guzman,   1300 South Mopac, 3rd Floor,   Austin, TX 78746-6933
11713080      +E-mail/Text: BILLD@TRIM-TEX.COM Feb 22 2012 06:21:37     Trim-Tex,   3700 W. Pratt Ave,
               Lincolnwood, IL 60712-2500
11713081      +E-mail/PDF: bankruptcyverizoncom@afni.com Feb 22 2012 06:48:08     Verizon North,
               P.O. Box 920041,   Dallas, TX 75392-0041
11713083      +E-mail/Text: ub@sugar-grove.il.us Feb 22 2012 06:43:31     Village of Sugar Grove,
               10 Municipal Drive,   Sugar Grove, IL 60554-6923
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11732671       Euclid Managers
12665629*      Stand Guard,   6110 Lou St,   Crystal Lake, IL 60014-7917
11713047     ##+Dee & Bee Fasteners,   75 Eisenhower Lane South,   Lombard, IL 60148-5409
11713050     ##+Faraci & Faraci,   301 W Touhy,   Park Ridge, IL 60068-4204
11732676     ##+Summit Truck Leasing Inc.,   1960 Bucktall Lane,   Sugar Grove, IL 60554-9609
                                                                                             TOTALS: 1, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2012**                      **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1           User: lhuley              Page 3 of 3                  Date Rcvd: Feb 21, 2012
                               Form ID: pdf006          Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2012 at the address(es) listed below:

```
          Ariel   Weissberg    on behalf of Debtor   Great Lakes Building Materials, Inc.
           ariel@weissberglaw.com,
           Hava@weissberglaw.com;mike@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com
          Brian M. Dougherty    on behalf of Defendant   Dee & Bee Fasteners, Inc. bmd@gsrnh.com,
           kam@gsrnh.com
          David A Shapiro    on behalf of Creditor   Wells Fargo Business Credit Inc dshapiro@bronsonkahn.com
          Joseph   Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
          Joseph R Voiland    on behalf of Plaintiff Joseph Voiland jrvoiland@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paul M Bach    on behalf of Defendant   SG  North, LLC paul@bachoffices.com,
           pnbach@bachoffices.com;BachECF@gmail.com
          Richard S. Andrews    on behalf of Creditor   National Labor Relations Board
           richard.andrews@nlrb.gov
          Stephen J Costello    on behalf of Creditor Thomas Adams steve@costellolaw.com
          Thomas C. Wolford    on behalf of Creditor   Lafarge North America, Inc. twolford@ngelaw.com
                                                                                             TOTAL: 10
```