UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                  §
                                        §
GREAT LAKES BUILDING                    §    Case No. 07-20086
MATERIALS, INC
                                        §
         Debtor(s)                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $   from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH R. VOILAND_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | WELLS FARGO BANK N.A. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| VOILAND, JOSEPH R. | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| U.S. BANKRUPTCY COURT | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| LAFARGE NORTH AMERICA - GYPSUM | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| VOILAND, JOSEPH R. | | | | | |
| VOILAND, JOSEPH R. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 2P-2 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | AVALON PETROLEUM COMPANY | | | | | |
| 10 | CERTAIN TEED GYPSUM, INC. | | | | | |
| 12 | COMER'S WELDING SERVICE INC | | | | | |
| 18 | CONTRACTORS ADJUSTMENT CO | | | | | |
| 5 | COUNTRY GAS COMPANY | | | | | |
| 11 | DEE & BEE FASTENERS | | | | | |
| 6 | EXPANDED METAL PRODUCTS CORP | | | | | |
| 2U | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 2U-2 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 15 | JAMES HARDIE BUILDING PRODUCTS | | | | | |
| 16 | LAFARGE NORTH AMERICA - GYPSUM | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 -2 | LAFARGE NORTH AMERICA - GYPSUM | | | | | |
| 16 -3 | LAFARGE NORTH AMERICA - GYPSUM | | | | | |
| 1 | PHILLIPS MANUFACTURING LLC | | | | | |
| 4 | PHILLIPS MANUFACTURING LLC | | | | | |
| 7 | PRIME SOURCE RECEIVABLES | | | | | |
| 9 | STAND GUARD | | | | | |
| 13 | THOMAS ADAMS | | | | | |
| 8 | TIN INC. DBA TEMPLE INLAND | | | | | |
| 3 | TRIM-TEX | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-20086 | RG | Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|---|
| Case Name: | GREAT LAKES BUILDING MATERIALS, INC | | | | Date Filed (f) or Converted (c): | 10/29/07 (f) |
| | | | | | 341(a) Meeting Date: | 12/03/07 |
| For Period Ending: | 06/10/12 | | | | Claims Bar Date: | 12/05/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. account receivables | 1,600,000.00 | 0.00 | DA | 0.00 | FA |
| 2. office equipment | 200.00 | 200.00 | DA | 0.00 | FA |
| 3. drywall inventory | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 4. GLBM vs. JR Drywall | Unknown | 0.00 | DA | 0.00 | FA |
| 5. GLBM vs. Heikes | Unknown | 0.00 | DA | 0.00 | FA |
| 6. GLBM vs. Capex | Unknown | 0.00 | DA | 0.00 | FA |
| 7. GLBM vs. Prowall | Unknown | 0.00 | DA | 0.00 | FA |
| 8. GLBM vs. Torres | Unknown | 0.00 | DA | 0.00 | FA |
| 9. GLBM vs. Natinal Labor Relations Board | Unknown | 0.00 | DA | 0.00 | FA |
| 10. GLBM vs. Teamsters | Unknown | 0.00 | DA | 0.00 | FA |
| 11. GLBM vs. Service Const. (mechanics lien claim) | Unknown | 0.00 | DA | 0.00 | FA |
| 12. Euclid Managers - dental plan refund (u) | Unknown | 74.53 | | 74.53 | FA |
| 13. !st Midwest settlement (u) | Unknown | 25,000.00 | | 25,000.00 | FA |
| 14. federal tax refund (u) | Unknown | 847.63 | | 847.63 | FA |
| 15. preferential transfer - James Hardee (u) | Unknown | 15,200.00 | | 3,000.00 | FA |
| 16. preferential transfer - Dee & Bee (u) | Unknown | 32,000.00 | | 7,500.00 | FA |
| 17. preferential transfer - Scalambino (u) | Unknown | 5,000.00 | DA | 0.00 | FA |
| 18. preferential transfer - Summit (u) | Unknown | 644,958.00 | DA | 0.00 | FA |
| 19. preferential transfer - SG West (u) | Unknown | 214,000.00 | DA | 0.00 | FA |
| 20. preferential transfer - SG North (u) | Unknown | 88,000.00 | DA | 0.00 | FA |
| 21. preferential transfer - Lorraine Catrambone (u) | Unknown | 240,000.00 | DA | 0.00 | FA |
| 22. preferential transfer - SG Construction (u) | Unknown | 1,558,137.00 | DA | 0.00 | FA |
| 23. preferential transfer - Faraci (u) | Unknown | 20,000.00 | | 1,000.00 | FA |
| 24. preferential transfer - Descourouez (u) | Unknown | 10,000.00 | DA | 0.00 | FA |
| 25. mechanics lien claim- Neuman Homes (u) | Unknown | 0.00 | | 10,000.00 | FA |
| 26. mechanis lien claim - Stock Building (u) | Unknown | 0.00 | DA | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.05c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 07-20086 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- | --- |
| Case Name: | GREAT LAKES BUILDING MATERIALS, INC | | | Date Filed (f) or Converted (c): | 10/29/07 (f) |
| | | | | 341(a) Meeting Date: | 12/03/07 |
| | | | | Claims Bar Date: | 12/05/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 61.70 | Unknown |
| TOTALS (Excluding Unknown Values) | $1,800,200.00 | $2,853,417.16 | | $47,483.86 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/10     Current Projected Date of Final Report (TFR): 06/15/12

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-20086 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | GREAT LAKES BUILDING MATERIALS, INC | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5665 Money Market Account |
| Taxpayer ID No: | *******5980 | | | |
| For Period Ending: | 06/10/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312099655665 | Wire in from JPMorgan Chase Bank, N.A. account 312099655665 | 9999-000 | 36,467.93 | | 36,467.93 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.76 | | 36,468.69 |
| 05/25/10 | 23 | Peter S. Faraci | settlement proceeds - Faraci ap DEPOSIT CHECK #2843 | 1241-000 | 1,000.00 | | 37,468.69 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.18 | | 37,470.87 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.16 | | 37,473.03 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.23 | | 37,475.26 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.22 | | 37,477.48 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 37,477.78 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,478.09 |
| 11/02/10 | 25 | Duane Morris, LLP | settlement proceeds - BOA mechanics lien claims DEPOSIT CHECK #8857 | 1249-000 | 10,000.00 | | 47,478.09 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 47,478.46 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,478.86 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,479.26 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 47,479.62 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,480.02 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 47,480.41 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,480.81 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 47,481.20 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,481.60 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,482.00 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 110.57 | 47,371.43 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -85.57 | 47,457.00 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 47,457.38 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 97.47 | 47,359.91 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,360.31 |

Page Subtotals  47,482.78  122.47

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-20086 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | GREAT LAKES BUILDING MATERIALS, INC | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5665  Money Market Account |
| Taxpayer ID No: | *******5980 | | | |
| For Period Ending: | 06/10/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 94.07 | 47,266.24 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 47,266.62 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 103.60 | 47,163.02 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,163.42 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 96.90 | 47,066.52 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 47,066.82 |
| 01/25/12 | | Transfer to Acct #*******4414 | Bank Funds Transfer | 9999-000 | | 47,066.82 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 47,483.86 | 47,483.86 | 0.00 |
| Less: Bank Transfers/CD's | | 36,467.93 | 47,066.82 | |
| Subtotal | | 11,015.93 | 417.04 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 11,015.93 | 417.04 | |

Page Subtotals      1.08        47,361.39

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-20086 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | GREAT LAKES BUILDING MATERIALS, INC | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******5665  Money Market Account |
| Taxpayer ID No: | *******5980 | | | |
| For Period Ending: | 06/10/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/14/08 | 13 | Ticor Title Insurance Company | settlement proceeds re First Midwest Bank | 1249-000 | 25,000.00 | | 25,000.00 |
| | | | DEPOSIT CHECK #10153770 | | | | |
| 03/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.73 | | 25,001.73 |
| 04/25/08 | 12 | Euclid Managers | Dental Plan refund | 1290-000 | 74.53 | | 25,076.26 |
| | | | DEPOSIT CHECK #151501 | | | | |
| 04/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.48 | | 25,079.74 |
| 05/25/08 | 14 | United States Treasury | refund check | 1224-000 | 847.63 | | 25,927.37 |
| | | | DEPOSIT CHECK #70736209 | | | | |
| 05/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.15 | | 25,930.52 |
| 06/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.29 | | 25,933.81 |
| 07/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.29 | | 25,937.10 |
| 08/29/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,940.18 |
| 09/30/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.40 | | 25,943.58 |
| 10/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.82 | | 25,946.40 |
| 11/28/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.04 | | 25,948.44 |
| 12/31/08 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.83 | | 25,950.27 |
| 01/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,951.32 |
| 02/27/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.98 | | 25,952.30 |
| 03/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 25,953.42 |
| 04/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,954.47 |
| 05/29/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.02 | | 25,955.49 |
| 06/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 25,956.61 |
| 07/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 25,957.70 |
| 08/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 25,958.79 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,959.84 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,960.89 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 25,961.98 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 25,963.07 |

Page Subtotals    25,963.07    0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-20086 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | GREAT LAKES BUILDING MATERIALS, INC | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******5665 Money Market Account |
| Taxpayer ID No: | *******5980 | | | |
| For Period Ending: | 06/10/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/22/10 | 16 | Dee & Bee Fasteners | settlement proceeds DEPOSIT CHECK #233302 | 1221-000 | 7,500.00 | | 33,463.07 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.07 | | 33,464.14 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.27 | | 33,465.41 |
| 03/05/10 | 15 | James Hardie Building Products, Inc. | settlement proceeds DEPOSIT CHECK #592162 | 1221-000 | 3,000.00 | | 36,465.41 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.58 | | 36,466.99 |
| 04/20/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.94 | | 36,467.93 |
| 04/20/10 | | Wire out to BNYM account 000099655665 | Wire out to BNYM account 000099655665 | 9999-000 | | 36,467.93 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 36,467.93 | 36,467.93 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 36,467.93 | 36,467.93 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 36,467.93 | 36,467.93 | |

Page Subtotals    10,504.86    36,467.93

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-20086 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | GREAT LAKES BUILDING MATERIALS, INC | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4414  Checking Account |
| Taxpayer ID No: | *******5980 | | |
| For Period Ending: | 06/10/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******5665 | Bank Funds Transfer | 9999-000 | 47,066.82 | | 47,066.82 |
| 03/21/12 | 001002 | LaFarge North America - Gypsum | | 2990-000 | | 19,908.92 | 27,157.90 |
| | | c/o John W. Guarisco,Neal, Gerber & | | | | | |
| | | Eisenberg LLP,Two North LaSalle Street - | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 03/21/12 | 001003 | Clerk of the Bankruptcy Court, ND, IL | | 2700-000 | | 2,500.00 | 24,657.90 |
| 03/21/12 | 001004 | Joseph R. Voiland | | 3120-000 | | 200.40 | 24,457.50 |
| 03/21/12 | 001005 | Joseph R. Voiland | | 3110-000 | | 7,434.00 | 17,023.50 |
| 03/21/12 | 001006 | Joseph R. Voiland | | 2200-000 | | 416.57 | 16,606.93 |
| 03/21/12 | 001007 | Joseph R. Voiland | | 2100-000 | | 5,498.36 | 11,108.57 |
| 03/22/12 | 001001 | Illinois Department of Revenue | | 2810-000 | | 11,108.57 | 0.00 |
| | | Bankruptcy Section | | | | | |
| | | 100 W Randolph St #7-400 | | | | | |
| | | Chicago, IL  60601 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 47,066.82 | 47,066.82 | 0.00 |
| Less:  Bank Transfers/CD's | 47,066.82 | 0.00 | |
| Subtotal | 0.00 | 47,066.82 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 47,066.82 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********5665 | 11,015.93 | 417.04 | 0.00 |
| Money Market Account - ********5665 | 36,467.93 | 36,467.93 | 0.00 |
| Checking Account - ********4414 | 0.00 | 47,066.82 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 47,483.86 | 83,951.79 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |

| | Page Subtotals | 47,066.82 | 47,066.82 | |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-20086 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | GREAT LAKES BUILDING MATERIALS, INC | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4414 Checking Account |
| Taxpayer ID No: | *******5980 | | | |
| For Period Ending: | 06/10/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account - ********5665 | | Transfers) | To Debtors) | On Hand |
| | | | Money Market Account - ********5665 | | | | |
| | | | Checking Account - *********4414 | | | | |

Page Subtotals       0.00       0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*